UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA P.S., | No. 1:25-cv-2049 CKD P |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Respondent has requested an extension of time to file a response to the December 30, 2025, order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's January 6, 2026, request for an extension of time (ECF No. 12) is GRANTED; and

2. Respondent's response to the December 30, 2025, order to show case shall be filed no later than January 9, 2026. Petitioner may file a reply no later than January 16, 2026.

Dated: 01/07/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
p.s.2049.111